# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2023

## NO. 03-22-00037-CV

**Nicole Welch and Restore Hyper Wellness and Cryotherapy, an Entity of Austin Cryo Ventures, LLC, Appellants**

**v.**

**Kymberly See, Appellee**

### APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
### REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on January 14, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.